# Exhibit 1

| **ITU** | **ISO** | **IEC** |
|---|---|---|
| International Telecommunication Union Telecommunication Standardization Sector | International Organization for Standardization | International Electrotechnical Commission |
|  |  |  |

## Patent Statement and Licensing Declaration

H264-19

## for a common text or twin text ITU-T Recommendation | ISO/IEC International Standard

*This form is only to be used for such common texts or twin texts*
*This declaration does not represent an implied license grant*

Please return to **both** organizations:

| Director Telecommunication Standardization Bureau International Telecommunication Union | Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 | Secretary General International Organization for Standardization | 1 rue de Varembe CH-1211 Geneva 20 Switzerland Fax: +41 22 734 1079 |
|---|---|---|---|

---

**Patent Holder/Organization:**

Legal Name    **THOMSON LICENSING S.A.**

**Contact for license application:**

Name & Department    **Vice-President**
    **Licensing & Intellectual Property**

Address    **46 quai A. Le Gallo, 92100 Boulogne, FRANCE**

Tel.    **33-1-41-86-50-00**

Fax    **33-1-41-86-56-37**

E-mail    **beatrix.derusse@thomson.net**

**ITU-T Recommendation | ISO/IEC International Standard:**

Number    **ITU-T Rec. H.264 | ISO/IEC 14496-10**

Title    **Advanced Video Coding**

**Licensing declaration**

The Patent Holder believes that it holds granted patents and/or pending applications, the use of which would be required to implement the above ITU-T Recommendation | ISO/IEC International Standard and hereby declares, in accordance with the Statement on ITU-T Patent Policy (see ITU-T web site) and the ISO/IEC Patent Policy (JTC 1 Directives), that (check one box only).

☐    1.    The Patent Holder will grant a royalty-free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation | ISO/IEC International Standard. Mark here ___ if the Patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation | ISO/IEC International Standard.*

**X**    2.    The Patent Holder will grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation | ISO/IEC International Standard. Mark here **X** if the Patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation | ISO/IEC International Standard.*

Negotiations of licenses are left to the parties concerned and are performed outside the ITU-T | ISO/IEC.

*As to the implementations of the JVT Baseline Profile, the Patent Holder is willing to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis without monetary consideration, such free license being conditioned on reciprocity. *

☐    3.    The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above. In this case, the following information must be provided as part of this declaration:

- patent registration/application number;
- an indication of which portions of the ITU-T Recommendation | ISO/IEC International Standard are affected.
- a description of the patent claims covering the ITU-T Recommendation | ISO/IEC International Standard;

* "Reciprocity" means with respect to other parties that have a patent or patent claim required in the use or implementation of the relevant ITU-T Recommendation(s) | ISO/IEC International Standard(s), the Patent Holder shall only be required to license to such parties if they are willing to license their patents or patent claims under options 1 or 2 of the Patent Statement and Licensing Declaration.

**Signature**

| | |
|---|---|
| Organization | THOMSON LICENSING S.A. |
| Name of authorized person | Didier HUCK |
| Title of authorized person | President |
| Signature | |
| Place, Date | Boulogne, anuary 31 , 2003 |

IPR\Common text patent 15 June 02

**Patent Information** (desired but not required):

| No. | Registration Number/ Country | Title/ Inventor | Status [granted/ pending] |
|---|---|---|---|
| 1 | U.S. Patent No. 5,905,535 | "Differential coding of motion vectors using the median of candidate vectors"/ Inventor: Kerdranvat | Granted |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Exhibit 2

## Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

    

### Patent Statement and Licensing Declaration
### for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax +41 22 919 0300 Email inmail@iec.ch |

---

**Patent Holder:**

| Legal Name | THOMSON LICENSING |
|---|---|

**Contact for license application:**

| Name & Department | David W. Herring |
| | Director, Licensing In, Thomson Intellectual Property & Licensing |
| Address | Suite 110 |
| | 2 Independence Way |
| | Princeton, NJ 08540 |
| | U.S.A. |
| Tel. | |
| Fax | |
| E-mail | david.herring@technicolor.com |
| URL (optional) | |

**Document type:**

☐ ITU-T Rec. (*)    ☐ ITU-R Rec. (*)    ☐ ISO Deliverable (*)    ☐ IEC Deliverable (*)
(please return the form to the relevant Organization)

☒ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | ITU-T H.264 / ISO/IEC 14496-10 |
|---|---|
| (*)Title | ITU-T H.264: Advanced video coding for generic audiovisual services |
| | ISO/IEC 14496-10:  Information technology -- Coding of audio-visual objects -- |
| | Part 10:  Advanced Video Coding |

OCT-05-2011 16:06    From:6097346885                                    Page:3/4

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐    1.    The Patent Holder is prepared to grant a <u>free of charge</u> license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here ☐ if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

*Also mark here ☐ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not <u>free of charge</u>) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not <u>free of charge</u>).*

☒    2.    The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here ☒ if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

☐    3.    The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

-    granted patent number or patent application number (if pending);
-    an indication of which portions of the above document are affected;
-    a description of the patent claims covering the above document.

<u>Free of charge</u>: The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

<u>Reciprocity</u>: As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

| Signature: | |
|---|---|
| Patent Holder | **THOMSON LICENSING** |
| Name of authorized person | David W. Herring |
| Title of authorized person | Director, Licensing In |
| Signature | *[signature]* |
| Place, Date | Princeton, NJ, 2010-06-23 |

FORM: 1 March 2007

**Patent Information** (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE))

| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
|-----|---------------------------|---------|----------------------------------------------------------|-------|
| 1 | Granted | USA | 5,905,535 | Differential coding of motion vectors using the median of candidate vectors |
| 2 | Granted | USA | 7,720,152 | Implicit weighting of reference pictures in a video decoder |
| 3 | Granted | Europe | EP-0707428 B1 | Motion vector differential coding method with median prediction |

NOTE:   For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.

----------

# Exhibit 3

# PATENT STATEMENT AND LICENSING DECLARATION FORM FOR ITU-T OR ITU-R RECOMMENDATION | ISO OR IEC DELIVERABLE

  

### Patent Statement and Licensing Declaration
### for ITU-T or ITU-R Recommendation | ISO or IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Director Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | Secretary-General International Organization for Standardization 1 chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | General Secretary International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |
|---|---|---|---|

**Patent Holder:**

| Legal Name | THOMSON LICENSING |
|---|---|

**Contact for license application:**

| Name & Department | David W. Herring |
|---|---|
| | Director, Licensing In, Intellectual Property & Licensing |
| Address | Suite 110 |
| | 2 Independence Way |
| | Princeton, NJ 08540 |
| | U.S.A. |
| Tel. | |
| Fax | |
| E-mail | david.herring@technicolor.com |
| URL (optional) | |

**Document type:**

☒ **ITU-T Rec. (*)**   ☐ **ITU-R Rec. (*)**   ☐ **ISO Deliverable (*)**   ☐ **IEC Deliverable (*)**
(please return the form to the relevant Organization)

☐ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | ITU-T Recommendation H.264 |
|---|---|
| (*)Title | Advanced video coding for generic audiovisual services |

**Licensing declaration:**
The Patent Holder believes that it holds granted and/or pending applications for Patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check <u>one</u> box only):



1.     The Patent Holder is prepared to grant a <u>Free of Charge</u> license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.
Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.
*Also mark here __ if the Patent Holder's willingness to license is conditioned on <u>Reciprocity</u> for the above document.*

> *Also mark here __ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not <u>Free of Charge</u>) to applicants who are only willing to license their Patent, whose use would be required to implement the above document, on reasonable terms and conditions (but not <u>Free of Charge</u>).*

2.     The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.
Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.
*Also mark here ✗ if the Patent Holder's willingness to license is conditioned on <u>Reciprocity</u> for the above document.*

3.     The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.
In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:
-   granted patent number or patent application number (if pending);
-   an indication of which portions of the above document are affected;
-   a description of the Patents covering the above document.

<u>Free of Charge</u>:  The words "Free of Charge" do not mean that the Patent Holder is waiving all of its rights with respect to the Patent.  Rather, "Free of Charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.).  However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the same above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, warranties, etc.

<u>Reciprocity</u>:  The word "Reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its Patent(s) for implementation of the same above document Free of Charge or under reasonable terms and conditions.

<u>Patent</u>: The word "Patent" means those claims contained in and identified by patents, utility models and other similar statutory rights based on inventions (including applications for any of these) solely to the extent that any such claims are essential to the implementation of the same above document. Essential patents are patents that would be required to implement a specific Recommendation | Deliverable.

Dec. 2. 2014 11:05AM                                No. 1079    P. 4

Patent Information (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE))

| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
|---|---|---|---|---|
| 1 | GRANTED | US | US 8787457 | Methods and apparatus for using syntax for the coded block flag syntax element and the code block pattern syntax element for the CAVLC 4:4:4intra, high 4:4:4 intra, and high 4:4:4 predictive profiles in MPEG-4 AVC high level coding |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

☐ Check here if additional patent information is provided on additional pages.

NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.

| Signature (include on final page only): | |
|---|---|
| Patent Holder | THOMSON LICENSING |
| Name of authorized person | David W. Herring |
| Title of authorized person | Director, Licensing In |
| Signature | *[signature]* |
| Place, Date | Princeton, NJ ~~2011-10-19~~  (2014 - 11 - 25 |

DECLARATION PAGE 3

# Exhibit 4

PATENT STATEMENT AND LICENSING DECLARATION FORM FOR
ITU-T OR ITU-R RECOMMENDATION | ISO OR IEC DELIVERABLE

    

**Patent Statement and Licensing Declaration
for ITU-T or ITU-R Recommendation │ ISO or IEC Deliverable**

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| | | | |
|---|---|---|---|
| Director<br>Telecommunication<br>Standardization Bureau<br>International Telecommunication<br>Union<br>Place des Nations<br>CH-1211 Geneva 20,<br>Switzerland<br>Fax: +41 22 730 5853<br>Email: tsbdir@itu.int | Director<br>Radiocommunication Bureau<br>International Telecommunication<br>Union<br>Place des Nations<br>CH-1211 Geneva 20,<br>Switzerland<br>Fax: +41 22 730 5785<br>Email: brmail@itu.int | Secretary-General<br>International Organization for<br>Standardization<br>8 Chemin de Blandonnet<br>CP 401<br>1214 Vernier, Geneva<br>Switzerland<br>Fax: +41 22 733 3430<br>Email:<br>patent.statements@iso.org | General Secretary<br>International Electrotechnical<br>Commission<br>3 rue de Varembé<br>CH-1211 Geneva 20<br>Switzerland<br>Fax: +41 22 919 0300<br>Email:<br>inmail@iec.ch |

**Patent Holder**:

| | |
|---|---|
| Legal Name | THOMSON LICENSING |

**Contact for license application:**

| | |
|---|---|
| Name &<br>Department | David W. Herring |
| | Director, Licensing and Patent Strategy, Intellectual Property & Licensing |
| Address | Suite 303 |
| | 4 Research Way |
| | Princeton, NJ 08540 |
| | U.S.A. |
| Tel. | |
| Fax | |
| E-mail | david.herring@technicolor.com |
| URL (optional) | |

**Document type:**

☐ **ITU-T Rec. (\*)** ☐ **ITU-R Rec. (\*)**  ☐ **ISO Deliverable (\*)**  ☐ **IEC Deliverable (\*)**
(please return the form to the relevant Organization)

☐ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (\*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (\*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| | |
|---|---|
| (\*)Number | ISO/IEC 14496-11 |
| (\*)Title | Information technology -- Coding of audio-visual objects -- Part 11:<br>Scene description and application engine |

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for Patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check <u>one</u> box only):

☐ 1.    The Patent Holder is prepared to grant a <u>Free of Charge</u> license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here __ if the Patent Holder's willingness to license is conditioned on <u>Reciprocity</u> for the above document.*

*Also mark here __ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not <u>Free of Charge</u>) to applicants who are only willing to license their Patent, whose use would be required to implement the above document, on reasonable terms and conditions (but not <u>Free of Charge</u>).*

☐ 2.    The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here __ if the Patent Holder's willingness to license is conditioned on <u>Reciprocity</u> for the above document.*

☐ 3.    The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be  provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

- granted patent number or patent application number (if pending);
- an indication of which portions of the above document are affected;
- a description of the Patents covering the above document.

<u>Free of Charge</u>:  The words "Free of Charge" do not mean that the Patent Holder is waiving all of its rights with respect to the Patent.  Rather, "Free of Charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.).  However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the same above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, warranties, etc.

<u>Reciprocity</u>:  The word "Reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its Patent(s) for implementation of the same above document Free of Charge or under reasonable terms and conditions.

<u>Patent</u>: The word "Patent" means those claims contained in and identified by patents, utility models and other similar statutory rights based on inventions (including applications for any of these) solely to the extent that any such claims are essential to the implementation of the same above document. Essential patents are patents that would be required to implement a specific Recommendation | Deliverable.

<u>Assignment/transfer of Patent rights</u>: Licensing declarations made pursuant to Clause 2.1 or 2.2 of the Common Patent Policy for ITU-T/ITU-R/ISO/IEC shall be interpreted as encumbrances that bind all successors-in-interest as to the transferred Patents. Recognizing that this interpretation may not apply in all jurisdictions, any Patent Holder who has submitted a licensing declaration according to the Common Patent Policy - be it selected as option 1 or 2 on the Patent Declaration form - who transfers ownership of a Patent that is subject to such licensing declaration shall include appropriate provisions in the relevant transfer documents to ensure that, as to such transferred Patent, the licensing declaration is binding on the transferee and that the transferee will similarly include appropriate provisions in the event of future transfers with the goal of binding all successors-in-interest.

**Patent Information** (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE))

| No. | Status<br><br>[granted/ pending] | Country | Granted Patent Number<br>or<br>Application Number (if pending) | Title |
|---|---|---|---|---|
| 1 | GRANT | EP | EP 1570462 | Method for coding and decoding the wideness of a sound source in an audio scene. |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

☐  Check here if additional patent information is provided on additional pages.

NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.

| Signature (include on final page only): | |
|---|---|
| Patent Holder | **THOMSON LICENSING** |
| Name of authorized person | **David W. Herring** |
| Title of authorized person | **Director, Licensing and Patent Strategy** |
| Signature | |
| Place, Date | **Princeton, NJ 2017-09-11** |

FORM: 26 June 2015

# Exhibit 5

Page Vault

| | |
|---|---|
| Document title: | Reitseng Lin \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/reitseng-lin-69662b3/ |
| Page loaded at (UTC): | Wed, 06 Aug 2025 00:42:51 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 00:44:51 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | ikw3DNisHMJvvU4npX6XqW |
| Display Name: | Clong |





Consultant at Self Employed
InterDigital, Inc. · Full-time
Jul 2018 - Jul 2020 · 2 yrs 1 mo
Princeton, NJ

**Patent Adviser, Sr. Patent Counsel**
Thomson Licensing LLC
Nov 2002 - Jul 2018 · 15 yrs 9 mos

## Education

**Rutgers Law School**
JD
1996 – 2000

**New York University - Polytechnic School of Engineering**
Ph.D., Computer and Information Science

Show all 4 educations →

## Skills

**Patent Litigation**
👥 11 endorsements

**Intellectual Property**
👤 Endorsed by Frank Liao and 3 others who are highly skilled at this
🟦 Endorsed by 4 colleagues at InterDigital, Inc.
👥 21 endorsements

Show all 19 skills →

## Interests

**Companies**    Groups    Schools

**The Johns Hopkins University**
396,947 followers
+ Follow

**The State University of New York**
49,651 followers
+ Follow

Show all companies →

---

**Gendi Garcia**
Certified Phlebotomy
Technician at IHSS in home...
+ Connect

**GRACE BALOGUN**
--
+ Connect

**angie parras**
Student at Creekside High
School
+ Connect

**Scott Hooper**
Systems Analyst at Municipality
of Anchorage
+ Connect

Show all

**You might like**
Pages for you

**SurplusGLOBAL**
Semiconductor Manufacturing
3,100 followers
+ Follow

**TechInsights**
Semiconductor Manufacturing
37,061 followers
+ Follow

Show all

---

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2025

Messaging

# Exhibit 6

🔒 PageVault

| | |
|---|---|
| Document title: | Rim Amor \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/rim-amor-547928/ |
| Page loaded at (UTC): | Wed, 06 Aug 2025 00:45:22 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 00:46:15 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | rjV2NYNh2Vn6jqcc9Rh64i |
| Display Name: | Clong |





## Experience

**InterDigital, Inc.**
7 yrs 1 mo

**Director, Senior Portfolio Management Counsel**
Permanent
Jan 2022 - Present · 3 yrs 8 mos

⊘ Communications cellulaires

**Portfolio Management Counsel**
Jul 2019 - Jan 2022 · 2 yrs 7 mos
Région de Paris, France

⊘ Communications cellulaires

**Senior Patent Counsel**
Aug 2018 - Jul 2019 · 1 yr
Région de Paris, France

⊘ Communications cellulaires

**Senior Patent Counsel**
Technicolor
Jan 2012 - Jul 2018 · 6 yrs 7 mos
Paris Area, France

European and French Patent Attorney

**French and European Patent Attorney**
GEVERS
Sep 2010 - Dec 2011 · 1 yr 4 mos
Paris Area, France

**Patent Counsel**
Cabinet Plasseraud
May 2010 - Sep 2010 · 5 mos

⊘ Communications cellulaires

**Patent Counsel**
Lavoix
Jun 2006 - May 2010 · 4 yrs

Show all 10 experiences →

## Education

**Center for International Intellectual Property Studies - CEIPI**
CEIPI, Droit de la propriété intellectuelle
2008 - 2009
Grade: Patent rights in France and Europe

**CentraleSupélec**
Engineer, Electricity
1996 - 1999

⊘ Communications cellulaires

Show all 5 educations →

---

**Gendii Garcia**
Certified Phlebotomy
Technician at IHSS in home…

⊹ Connect

**GRACE BALOGUN**
--

⊹ Connect

**angie parras**
Student at Creekside High
School

⊹ Connect

**Scott Hooper**
Systems Analyst at Municipality
of Anchorage

⊹ Connect

Show all

**You might like**
Pages for you

**SurplusGLOBAL**
Semiconductor Manufacturing
3,100 followers

+ Follow

**TechInsights**
Semiconductor Manufacturing
37,061 followers

+ Follow

Show all

Messaging

---



**Rim Amor**
Senior Patent Portfolio Manager chez InterDigital, Inc.

More    + Follow    Message

Show all 10 experiences →

## Education

**Center for International Intellectual Property Studies - CEIPI**
CEIPI, Droit de la propriété intellectuelle
2008 - 2009
Grade: Patent rights in France and Europe

**CentraleSupélec**
Engineer, Electricity
1996 - 1999

♡ Communications cellulaires

Show all 5 educations →

## Licenses & certifications

**TOEIC**
ETS
Issued Nov 2018
Credential ID score 985

## Skills

**Communications cellulaires**

5 experiences across InterDigital, Inc. and 3 other companies

CentraleSupélec

**Brevet**

5 endorsements

Show all 17 skills →

## Interests

Companies    Groups    Newsletters    Schools

**CentraleSupélec**
127,445 followers
+ Follow

**InterDigital, Inc.**
21,809 followers
+ Follow

Show all companies →

About                          Accessibility              Talent Solutions          ❓ Questions?                Select Language
                                                                                     Visit our Help Center.
Professional Community         Careers                    Marketing Solutions                                    English (English)
Policies
                                                                                     ⚙ Manage your account and privacy
Privacy & Terms ▾              Ad Choices                 Advertising                 Go to your Settings.

Sales Solutions                Mobile                     Small Business              🛡 Recommendation transparency
                                                                                     Learn more about Recommended Content.
Safety Center

LinkedIn Corporation © 2025

P  Messaging    ⋯  ✎  ⌃

# Exhibit 7

**Page Vault**

| | |
|---|---|
| Document title: | Ron Kolczynski \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/ron-kolczynski-3aa65892/ |
| Page loaded at (UTC): | Wed, 06 Aug 2025 00:48:07 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 00:48:51 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 9wFa1NYMjsVGH8mr3JvNrX |
| Display Name: | Clong |



## Ron Kolczynski ✔

Patent Counsel Director at InterDigital, Inc

Greater Philadelphia · Contact info

230 connections

**Message**    **+ Follow**    **More**

 InterDigital, Inc.

 Rutgers University School of Law - Camden

---

### About

Experienced Patent Advisor with a demonstrated history of working in the video & entertainment industries. Skilled in Patent Law, Licensing, Leadership, Research and Development (R&D), and Cross-functional Team Leadership. Strong legal professional graduated from Rutgers University School of Law - Camden. Licensed in New Jersey, Pennsylvania and United States Patent and Trademark Office.

---

### Activity

235 followers

**Ron Kolczynski** commented on a post • 3d

Congrats Vincent! 🎉

**Ron Kolczynski** commented on a post • 4mo

Congratulations to you, Greg.

**Ron Kolczynski** commented on a post • 10mo

Congratulations!

Show all comments →

---

### Experience

 **Patent Counsel Director**
InterDigital, Inc.
2018 - Present · 7 yrs 8 mos

 **Senior Patent Counsel**
Technicolor
May 2003 - Jul 2018 · 15 yrs 3 mos
Princeton, NJ

 **Manager Digital Systems**
Sarnoff Corporation
1983 - 2003 · 20 yrs
Princeton , NJ

---

### Education

 **Rutgers Law School**
Juris Doctor (J.D.)

---

### More profiles for you

**Jeffrey Russell** ✔ · 3rd+
VP, Head of Licensing Support at InterDigital Communications

**Message**

 **Edward Park** ✔ · 3rd+
Sr. Patent Licensing Counsel at InterDigital, Inc.

**Message**

**Jerome Schaefer** ✔ · 3rd+
Retired Patent Counsel

**Message**

**Brian Dorini** ✔ · 3rd+
Senior Director, Patents

**Message**

**Josh Schmidt** ✔ · 3rd+
Chief Legal Officer and Corporate Secretary at...

**Message**

Show all

---

### People you may know

 **Daniel Holayter**
Economic Analyst at the Consular Office of Japan in...

**Connect**

 **Gendii Garcia**
Certified Phlebotomy Technician at IHSS in home...

**Connect**

**GRACE BALOGUN**
--

**Connect**

P Messaging    ···    ✎    ⌃

---

Document title: Ron Kolczynski | LinkedIn
Capture URL: https://www.linkedin.com/in/ron-kolczynski-3aa65892/
Capture timestamp (UTC): Wed, 06 Aug 2025 00:48:51 GMT

**Manager Digital Systems**
Sarnoff Corporation
1983 - 2003 · 20 yrs
Princeton , NJ

## Education

**Rutgers Law School**
Juris Doctor (J.D.)

**Rutgers University**
MS, BSEE, Electrical Engineering

## Licenses & certifications

**Licensed in NJ, PA, and USPTO**
NJ, PA Bar and US Patent & Trademark Office

## Skills

**Patents**
Endorsed by 3 colleagues at Technicolor Group

5 endorsements

**Licensing**
Endorsed by Robert Levy and 1 other who is highly skilled at this

Endorsed by 3 colleagues at Technicolor Group

11 endorsements

Show all 19 skills →

## Interests

Top Voices    Companies    Schools

**Tim Tebow** [in]
Follower of Jesus Christ, 5x NYT Best-Selling Author, 2x National Champion, Heisman Trophy Winner, Founder & Chairman of the Tim Tebow Foundation, The Tebow Group and ESPN Analyst.
2,135,831 followers

+ Follow

**Deepak Chopra MD (official)** [in]
Founder at Deepak Chopra LLC
5,595,643 followers

+ Follow

**Gendii Garcia**
Certified Phlebotomy Technician at IHSS in home...

Connect

**GRACE BALOGUN**
--

Connect

**angie parras**
Student at Creekside High School

Connect

**Scott Hooper**
Systems Analyst at Municipality of Anchorage

Connect

Show all

You might like
Pages for you

**SurplusGLOBAL**
Semiconductor Manufacturing
3,100 followers

+ Follow

**TechInsights**
Semiconductor Manufacturing
37,061 followers

+ Follow

Show all

About                          Accessibility          Talent Solutions       Questions?              Select Language
                                                                              Visit our Help Center.
Professional Community         Careers                Marketing Solutions                            English (English)
Policies
                                                                              Manage your account and privacy
Privacy & Terms                Ad Choices             Advertising             Go to your Settings.

Sales Solutions                Mobile                 Small Business          Recommendation transparency
                                                                              Learn more about Recommended Content.
Safety Center

LinkedIn Corporation © 2025

Messaging

Document title: Ron Kolczynski | LinkedIn
Capture URL: https://www.linkedin.com/in/ron-kolczynski-3aa65892/
Capture timestamp (UTC): Wed, 06 Aug 2025 00:48:51 GMT

# Exhibit 8

**Page Vault**

| | |
|---|---|
| Document title: | Alfred Chaouat \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/alfred-chaouat-a101bb63/ |
| Page loaded at (UTC): | Wed, 06 Aug 2025 00:49:15 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 00:50:30 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | qKXJjJfwkyP4DuEKZAc1Ni |
| Display Name: | Clong |



# Alfred Chaouat ⊘

Vice President Licensing chez InterDigital

France · Contact info

500+ connections

**Message**   **+ Follow**   **More**

 InterDigital, Inc.

 Institut Paul Roubier

## About

I have more than 25 years' experience in IP monetization, first at Thomson/Technicolor, where I have contributed from 1993 to 2018 to the outstanding patent and licensing success of the company, which generated over € 500 million patent licensing revenues per year from 2000 to 2015, and since July 2018 at InterDigital as per the acquisition by InterDigital of the Patent & Licensing activities of Technicolor. I have also a strong experience in patent pools, standardization bodies, IP strategic planning, IP management in M&A and most of other IP related activities .... That followed a rich experience in strategic services and management consulting at Accenture

## Activity

1,587 followers

Alfred Chaouat commented on a post • 8mo

Sonja, your presentation on IP strategy was a hit, the most shot of the day. Seems everyone wanted to keep a piece of it in its smartphone, at finger's reach. Soon available on LES France website !

Alfred Chaouat commented on a post • 8mo

Great party in an amazing historic place. And a good opportunity to meet with some French embassy representatives in charge of innovation

Alfred Chaouat commented on a post • 8mo

At least airports are OK: just taking off out of Gimpo airport with just 30 minutes delay ...

Show all comments →

## Experience

 **Vice President Licensing**
InterDigital, Inc. · Full-time
Aug 2018 - Present · 7 yrs 1 mo
Région de Paris, France

I am in charge of InterDigital licensing activities for consumer electronics products. I am directly involved in most of CE patent licensing negotiations. I am also the InterDigital's representative at the patent pools where InterDigital succeeded to Technicolor.

 **Founding Board Member**
DVD Format and Logo corporation (DVD FLLC) https://www.dvdfllc.co.jp/ · Part-time
Apr 2000 - Jul 2018 · 18 yrs 4 mos
Tokyo, Japon

The business of DVD FLLC is
1) DVD Format and Logo Licensing
2) Production, maintenance and issuance of DVD Format Books
3) Trademark registration and maintenance of DVD Logos

### More profiles for you

 **Ryan Pohlman** ⊘ · 3rd+
Vice President & Associate General Counsel, Licensing at...
**Message**

 **Teo Taponen** · 3rd+
InterDigital | SEP | Licensing
**Message**

 **Jeffrey Russell** ⊘ · 3rd+
VP, Head of Licensing Support at InterDigital Communications
**Message**

 **Julia Mattis** 🔗 · 3rd+
Chief Licensing Officer (interim)
**Message**

 **Dr. Sophie Pasquier** ⊘ · 3rd+
Vice Presidente chez LES International - Licensing...
**Message**

Show all

### People you may know

 **Daniel Holayter**
Economic Analyst at the Consular Office of Japan in...
**Connect**

 **Gendii Garcia**
Certified Phlebotomy Technician at IHSS in home...
**Connect**

 **GRACE BALOGUN**
--

**Messaging**

Document title: Alfred Chaouat | LinkedIn
Capture URL: https://www.linkedin.com/in/alfred-chaouat-a101bb63/
Capture timestamp (UTC): Wed, 06 Aug 2025 00:50:30 GMT



**Founding Board Member**

DVD Format and Logo corporation (DVD FLLC) https://www.dvdfllc.co.jp/ · Part-time

Apr 2000 - Jul 2018 · 18 yrs 4 mos

Tokyo, Japon

The business of DVD FLLC is
1) DVD Format and Logo Licensing
2) Production, maintenance and issuance of DVD Format Books
3) Trademark registration and maintenance of DVD Logos
4) Verification related activities
5) Policing of pirate manufacturers, non-compliant products and incorrect usage of the DVD Logo



**Senior Vice President Licensing**

Technicolor (ex Thomson) · Full-time

Jun 1993 - Jul 2018 · 25 yrs 2 mos

Paris, France - Japan - US

Developing and handling patent licensing programs which contribute very significantly to the € 400 million annual licensing income of Technicolor (ex-Thomson). This includes actual negotiations with potential licensees all over the world with a special focus on Japan, Korea, Taiwan and China.

Supporting from an IP / Licensing perspective the various acquisitions, divestments, joint ventures, strategic alliances and business development initiatives of Technicolor as well as the negotiation of replication services' contracts with various Hollywood studios.

Represents Technicolor in various patent pools such as MPEG LA (http://www.mpegla.com), Premier BD (http://www.premier-bd.com/), HDMI, ...

Technicolor Director at DVD FLLC (DVD Format&Logo Licensing Corporation - www.dvdfllc.co.jp) - Tokyo, TEL (Thomson Engineering Laboratories) - Tokyo and HDMI LA (San Jose).



**Consultant, Senior, Manager**

Accenture (ex Andersen Consulting) · Full-time

Jun 1984 - May 1993 · 9 yrs

Paris, France

Advised various companies (Bull, Citroen, Dassault Aviation, Havas, Lexmark, PSA, Renault, SEAT, SNCF, Thomson.....) on strategic services, productivity/quality improvement, controlling and information technology (design of new IT system up to implementation).



**Military Service as officer in French Air Force**

French Army · Full-time

Jun 1983 - May 1984 · 1 yr

Cambrai, Evreux, Athis-Mons

Show all 8 experiences →

## Education



**Institut Paul Roubier**

Basic of Intellectual Property

1993 - 1994



**Ecole Nationale Supérieure du Pétrole et des Moteurs / Université de Dijon**

Docteur Ingénieur en Economie (PhD in Economics), Prélèvement extérieur et norme de salaire (about macroeconomic impacts of oil price increase)

1982 - 1983

http://openlibrary.org/books/OL2909216M/Prélèvement_extérieur_et_norme_de_salaire

Show all 4 educations →

## Skills

**Licensing Negotiations**

 Endorsed by 3 colleagues at Technicolor Group

 10 endorsements

---

Certified Phlebotomy
Technician at IHSS in home...

**GRACE BALOGUN**
--
Connect

**angie parras**
Student at Creekside High
School
Connect

**Scott Hooper**
Systems Analyst at Municipality
of Anchorage
Connect

Show all

**You might like**
Pages for you

**SurplusGLOBAL**
Semiconductor Manufacturing
3,100 followers
+ Follow

**TechInsights**
Semiconductor Manufacturing
37,061 followers
+ Follow

Show all

Messaging



**Alfred Chaouat**
Vice President Licensing chez InterDigital

More    + Follow    Message

## Skills

**Licensing Negotiations**

 Endorsed by 3 colleagues at Technicolor Group

10 endorsements

**Licensing Strategy**

 Endorsed by 3 colleagues at Technicolor Group

7 endorsements

Show all 15 skills →

## Publications

**Licensing Briefing "License your valuable assets"**

LESI (LES International) · May 8, 2020

Show publication ⬈

Business briefings for the IP Licensing community and for high-growth, innovative business that offer practical advice to businesses looking to monetize their intellectual property

**Other authors**

Une plongée dans les patents pools (a dive in the patent pools)

Revue des Mines · Mar 1, 2017

Show publication ⬈

A description of what are the patent pools, their benefit for the industry, how they operate, when does it work, ...

Show all 13 publications →

## Courses

**Basics of Patent Licensing given at Ecole des Mines de Paris**

2012

 Associated with Technicolor (ex Thomson)

**Basics of Patent Licensing given at LIlle 2 University**

2006

Associated with Technicolor (ex Thomson)

Show all 8 courses →

## Honors & awards

**IAM 300, the world leading IP strategists, every year since 2016**

Issued by IAM (Intellectual Asset Management) magazine · Jun 2019

IAM 300 is the annual list of the 300 world's leading IP strategists with an established track record in developing and rolling out world-class IP value creation programs

**Corporate in-house IP Stars**

Issued by MIP · Jul 2018

P    Messaging    ⋯    ✎    ⌃

Document title: Alfred Chaouat | LinkedIn
Capture URL: https://www.linkedin.com/in/alfred-chaouat-a101bb63/
Capture timestamp (UTC): Wed, 06 Aug 2025 00:50:30 GMT

**Alfred Chaouat**
Vice President Licensing chez InterDigital

More    + Follow    Message



Associated with Technicolor (ex Thomson)

**Basics of Patent Licensing given at Lllle 2 University**
2006

Associated with Technicolor (ex Thomson)

Show all 8 courses →

## Honors & awards

**IAM 300, the world leading IP strategists, every year since 2016**
Issued by IAM (Intellectual Asset Management) magazine · Jun 2019

IAM 300 is the annual list of the 300 world's leading IP strategists with an established track record in developing and rolling out world-class IP value creation programs

**Corporate in-house IP Stars**
Issued by MIP · Jul 2018

Associated with Technicolor (ex Thomson)

Corporate in-house IP stars issued by the Managing Intellectual Property Magazine

https://www.ipstars.com/articles/in-house-the-corporate-ip-stars-of-2018/arcugphu

Show all 4 honors & awards →

## Organizations

**LESI (LES International) IT & E-Commerce Worldwide Committee**
Chair of the Committee from Sept 2005 to August 2008 · Vice-Chair from Sept 2004 to August 2005 · Sep 2004 - Present

**Licensing Executive Society (LES) France**
Trustee of the board as of 2004 and President from 2008 to 2011 · Jun 1993 - Present

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Adam Grant**
Organizational psychologist at Wharton, #1 NYT bestselling author of HIDDEN POTENTIAL and THINK AGAIN, and host of the TED podcasts WorkLife and Re:Thinking
5,539,362 followers

+ Follow

**James Eagle**
Founder of Eeagli | Making Brands go Viral through Data Visualisation and Storytelling
188,737 followers

+ Follow

Show all Top Voices →

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2025

Messaging

Document title: Alfred Chaouat | LinkedIn
Capture URL: https://www.linkedin.com/in/alfred-chaouat-a101bb63/
Capture timestamp (UTC): Wed, 06 Aug 2025 00:50:30 GMT

# Exhibit 9

**Joint Collaborative Team on Video Coding (JCT-VC)**
**of ITU-T SG16 WP3 and ISO/IEC JTC1/SC29/WG11**
7th Meeting: Geneva, CH, 21-30 November, 2011

Document: JCTVC-G272-r1

| | |
|---|---|
| *Title:* | **Non-CE10: Core Transform Design for HEVC** |
| *Status:* | Input Document to JCT-VC |
| *Purpose:* | Proposal |

| | | | |
|---|---|---|---|
| *Author(s) or Contact(s):* | Jie Dong | Tel: | +1 858 210 4809 |
| | Yan Ye | Email: | jie.dong@interdigital.com yan.ye@interdigital.com |
| | 9710 Scranton Road, Suite 250, | | |
| | San Diego, CA 92121, USA | | |
| *Source:* | InterDigital Communication LLC | | |

---

# Abstract

This contribution presents the core transform design for HEVC, including 4×4, 8×8, 16×16 and 32×32 forward/inverse transforms. The design has these features: (1) 16 bit data representation before and after each transform stage, (2) transforms can be implemented by full factorization, partial butterfly, or matrix multiplication, (3) 4×4 and 8×8 transforms are orthogonal, and 16×16 and 32×32 transforms are nearly orthogonal, (4) $N{\times}N$ transform matrix is reused as the even part of the *2N×2N* transform matrix, (5) no need for correction of different norms of basis vectors during quantization/dequantization. This design was integrated into HM4.0, using both full factorization and partial butterfly. It is reported full factorization for 32×32 transform achieves 6X reduction in the number of multiplications, compared with partial butterfly. The R-D performance was tested under the common test conditions specified in JCTVC-F900. The average BD-rate increase is 0.1% to 0.2% for all intra coding, 0.1% for random access coding, and 0.0% to 0.1% for low delay coding.

# 1 Definitions of Transform Matrices

The transform matrices of the 4×4, 8×8, and 16×16 transforms are given as in (1), (2), and (3), respectively. The transform matrix of the 32×32 transform is appended at the end of this document.

$$T_4 = \begin{bmatrix} 128 & 128 & 128 & 128 \\ 167 & 70 & -70 & -167 \\ 128 & -128 & -128 & 128 \\ 70 & -167 & 167 & -70 \end{bmatrix} \tag{1}$$

$$T_8 = \begin{bmatrix} 256 & 256 & 256 & 256 & 256 & 256 & 256 & 256 \\ 360 & 297 & 198 & 72 & -72 & -198 & -297 & -360 \\ 334 & 140 & -140 & -334 & -334 & -140 & 140 & 334 \\ 297 & -72 & -360 & -198 & 198 & 360 & 72 & -297 \\ 256 & -256 & -256 & 256 & 256 & -256 & -256 & 256 \\ 198 & -360 & 72 & 297 & -297 & -72 & 360 & -198 \\ 140 & -334 & 334 & -140 & -140 & 334 & -334 & 140 \\ 72 & -198 & 297 & -360 & 360 & -297 & 198 & -72 \end{bmatrix} \tag{2}$$

$T_{16}$=[

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 |
| 1445 | 1377 | 1275 | 1105 | 935 | 663 | 425 | 119 | -119 | -425 | -663 | -935 | -1105 | -1275 | -1377 | -1445 |
| 1440 | 1188 | 792 | 288 | -288 | -792 | -1188 | -1440 | -1440 | -1188 | -792 | -288 | 288 | 792 | 1188 | 1440 |
| 1402 | 886 | 174 | -710 | -1270 | -1434 | -1146 | -398 | 398 | 1146 | 1434 | 1270 | 710 | -174 | -886 | -1402 |
| 1336 | 560 | -560 | -1336 | -1336 | -560 | 560 | 1336 | 1336 | 560 | -560 | -1336 | -1336 | -560 | 560 | 1336 |
| 1318 | 86 | -1074 | -1370 | -490 | 966 | 1446 | 622 | -622 | -1446 | -966 | 490 | 1370 | 1074 | -86 | -1318 |
| 1188 | -288 | -1440 | -792 | 792 | 1440 | 288 | -1188 | -1188 | 288 | 1440 | 792 | -792 | -1440 | -288 | 1188 |
| 1104 | -672 | -1368 | 120 | 1440 | 432 | -1272 | -936 | 936 | 1272 | -432 | -1440 | -120 | 1368 | 672 | -1104 |
| 1024 | -1024 | -1024 | 1024 | 1024 | -1024 | -1024 | 1024 | 1024 | -1024 | -1024 | 1024 | 1024 | -1024 | -1024 | 1024 |
| 936 | -1272 | -432 | 1440 | -120 | -1368 | 672 | 1104 | -1104 | -672 | 1368 | 120 | -1440 | 432 | 1272 | -936 |
| 792 | -1440 | 288 | 1188 | -1188 | -288 | 1440 | -792 | -792 | 1440 | -288 | -1188 | 1188 | 288 | -1440 | 792 |
| 622 | -1446 | 966 | 490 | -1370 | 1074 | 86 | -1318 | 1318 | -86 | -1074 | 1370 | -490 | -966 | 1446 | -622 |
| 560 | -1336 | 1336 | -560 | -560 | 1336 | -1336 | 560 | 560 | -1336 | 1336 | -560 | -560 | 1336 | -1336 | 560 |
| 398 | -1146 | 1434 | -1270 | 710 | 174 | -886 | 1402 | -1402 | 886 | -174 | -710 | 1270 | -1434 | 1146 | -398 |
| 288 | -792 | 1188 | -1440 | 1440 | -1188 | 792 | -288 | -288 | 792 | -1188 | 1440 | -1440 | 1188 | -792 | 288 |
| 119 | -425 | 663 | -935 | 1105 | -1275 | 1377 | -1445 | 1445 | -1377 | 1275 | -1105 | 935 | -663 | 425 | -119 |

]

$$(3)$$

# 2 Forward Transform, Quantization, Dequantization, and Inverse Transform

Denote the bit-depth of the input to transform as *BD*, and denote (*BD*-9) as *ΔBD*. The block input to transform has the size *M*×*N*. When NSQT is enabled, *M* might be different from *N*.

## 2.1 Forward Transform

The input to forward transform is a prediction residual block, denoted as $X_{M \times N}$. To perform a 2-D forward transform on $X_{M \times N}$, the *M* rows and *N* columns in $X_{M \times N}$ are transformed in each dimension sequentially.

(1) **M is equal to N or M is smaller than N.**

The horizontal transform is performed first, as in (4), followed by right shifting with a proper number of bits to store intermediate result in 16-bit.

$$U_{M \times N} = ( X_{M \times N} \times T_N^T + f ) >> ( \log_2(N) + \log_2(T_N(0,0)) + \Delta BD - 7 ) \qquad (4)$$

After the horizontal transform, vertical forward transform is performed on the intermediate block $U_{M \times N}$, as shown in (5).

$$Y_{M \times N} = (T_M \times U_{M \times N} + f ) >> (\log_2(M) + \log_2( T_M(0,0) ) ) \qquad (5)$$

(2) **M is greater than N.**

The vertical transform is performed first, as in (6).

$$U_{M \times N} = ( T_M \times X_{M \times N} + f ) >> ( \log_2(M) + \log_2(T_M(0,0)) + \Delta BD - 7 ) \qquad (6)$$

After the vertical transform, horizontal transform is performed on the intermediate block $U_{M \times N}$, as shown in (7).

$$Y_{M \times N} = (U_{M \times N} \times T_N^T + f ) >> ( \log_2(N) + \log_2(T_N(0,0)) ) \qquad (7)$$

## 2.2 Inverse Transform

The input to inverse transform is a dequantized block $Y_{M \times N}$. To perform a 2-D inverse transform on $Y_{M \times N}$, the *M* rows and *N* columns in $Y_{M \times N}$ are transformed in a sequential manner.

(1) **M is equal to N or M is greater than N.**

The horizontal transform is performed first, as in (8).

$$V_{M \times N} = ( Y_{M \times N} \times T_N + f ) >> ( \log_2( T_N(0,0) ) + 1 ) \qquad (8)$$

After the horizontal transform, vertical inverse transform is performed on the intermediate block $V_{M \times N}$, as shown in (9).

$$X_{M \times N} = ( T_M^T \times V_{M \times N} + f ) >> (\log_2( T_M(0,0) ) + 6 - \Delta BD) \qquad (9)$$

**(2) $M$ is smaller than $N$.**

The vertical transform is performed first, as in (10).

$$V_{M \times N} = ( T_M^T \times Y_{M \times N} + f ) >> ( \log_2( T_M(0,0) ) + 1) \qquad (10)$$

After the vertical transform, horizontal transform is performed on the intermediate block $V_{M \times N}$, as shown in (11).

$$X_{M \times N} = ( V_{M \times N} \times T_N + f ) >> (\log_2( T_N(0,0) ) + 6 - \Delta BD ) \qquad (11)$$

## *2.3 Quantization and Dequantization*

Quantization and dequantization in this proposal are the same as in HM4.0 [1].

# 3 Simulation Results

This design was integrated into HM4.0 [1] and its R-D performance was tested under the common test conditions specified in [2]. The average BD-rate increases are 0.1% to 0.2% for all intra coding, 0.1% for random access coding, and 0.0% to 0.1% for low delay coding.

**TABLE 1 R-D performance based on all intra settings (measured by BD-rate)**

|  | All Intra HE | | | All Intra LC | | |
|---|---|---|---|---|---|---|
|  | Y | U | V | Y | U | V |
| Class A | 0.4% | 0.3% | 0.1% | 0.7% | 0.2% | -0.1% |
| Class B | 0.1% | 0.1% | 0.1% | 0.2% | 0.1% | 0.1% |
| Class C | 0.1% | 0.1% | 0.1% | 0.1% | 0.0% | 0.0% |
| Class D | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% |
| Class E | 0.1% | 0.2% | 0.2% | 0.2% | 0.0% | 0.1% |
| **Overall** | 0.1% | 0.1% | 0.1% | 0.2% | 0.1% | 0.0% |
|  | 0.1% | 0.1% | 0.1% | 0.2% | 0.1% | 0.0% |

**TABLE 2 R-D performance based on random access settings (measured by BD-rate)**

|  | Random Access HE | | | Random Access LC | | |
|---|---|---|---|---|---|---|
|  | Y | U | V | Y | U | V |
| Class A | 0.2% | -0.1% | 0.0% | 0.3% | 0.4% | -0.1% |
| Class B | 0.1% | 0.1% | 0.0% | 0.1% | 0.0% | 0.1% |
| Class C | 0.1% | 0.0% | 0.2% | 0.1% | 0.0% | 0.1% |
| Class D | 0.1% | 0.0% | -0.2% | 0.0% | 0.0% | 0.3% |
| Class E |  |  |  |  |  |  |
| **Overall** | 0.1% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |
|  | 0.1% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |

**TABLE 3 R-D performance based on low delay B settings (measured by BD-rate)**

|  | Low delay B HE | | | Low delay B LC | | |
|---|---|---|---|---|---|---|
|  | Y | U | V | Y | U | V |
| Class A |  |  |  |  |  |  |
| Class B | 0.1% | 0.0% | -0.4% | 0.1% | 0.1% | 0.3% |
| Class C | 0.1% | 0.1% | 0.0% | 0.0% | 0.1% | 0.0% |
| Class D | 0.1% | -0.1% | -0.2% | 0.0% | 0.1% | 0.1% |
| Class E | 0.1% | -0.9% | 1.1% | 0.0% | 0.4% | -0.4% |
| **Overall** | 0.1% | -0.2% | 0.0% | 0.0% | 0.1% | 0.0% |

| | | | | | |
|---|---|---|---|---|---|
| 0.1% | -0.1% | 0.0% | 0.0% | 0.1% | 0.0% |

**TABLE 4 R-D performance based on low delay P settings (measured by BD-rate)**

| | Low delay P HE | | | Low delay P LC | | |
|---|---|---|---|---|---|---|
| | Y | U | V | Y | U | V |
| Class A | | | | | | |
| Class B | 0.1% | 0.3% | -0.1% | 0.1% | 0.1% | 0.1% |
| Class C | 0.1% | 0.2% | 0.2% | 0.0% | 0.0% | 0.2% |
| Class D | 0.2% | 0.2% | 0.0% | 0.0% | 0.1% | -0.1% |
| Class E | 0.1% | -0.1% | 0.0% | 0.1% | -0.4% | -0.3% |
| **Overall** | 0.1% | 0.1% | 0.0% | 0.1% | 0.0% | 0.0% |
| | 0.1% | 0.1% | 0.0% | 0.1% | 0.0% | 0.0% |

# 4  Implementation

The proposed core transform design is realized by both full factorization and partial butterfly. In the enclosed software "JCTVC-G272-software.zip", the modifications on HM4.0 are indicated by two macros: G272_TRANSFORM and G272_TRANSFORM_FULL_FACTORIZATION. Enabling only G272_TRANSFORM, one makes the proposed forward and inverse transforms performed by partial butterfly; enabling both macros, one makes the proposed transforms performed by full factorization. TABLE 5 reports the numbers of multiplications and additions for $N$-point 1-D transform ( $N = 4, 8, 16,$ or 32 ), according to the full factorization implementation of the enclosed software, and compares them to matrix multiplication, partial butterfly, and the full factorization implementations from the other two contributions [3] [4] of this meeting.

**TABLE 5 Numbers of additions and multiplications for $N$-point 1-D transform ( $N = 4, 8, 16,$ or 32 )**

| | | Matrix Multiplication | Partial Butterfly | Factorization in JCTVC-G579 [3] | Factorization in JCTVC-G737 [4] | Proposed Factorization |
|---|---|---|---|---|---|---|
| 4-point | Addition | 12 | 8 | 9 | 9 | 9 |
| | Multiplication | 16 | 6 | 3 | 3 | 3 |
| 8-point | Addition | 56 | 28 | 26 | 29 | 31 |
| | Multiplication | 64 | 22 | 12 | 11 | 11 |
| 16-point | Addition | 240 | 100 | 72 | 81 | 93 |
| | Multiplication | 256 | 86 | 36 | 31 | 21 |
| 32-point | Addition | 992 | 372 | 186 | 229 | 279 |
| | Multiplication | 1024 | 342 | 92 | 87 | 56 |

# 5  Conclusion

This contribution presents the core transform design for HEVC, including 4×4, 8×8, 16×16 and 32×32 forward/inverse transforms. The design has these features: (1) 16 bit data representation before and after each transform stage, (2) transforms can be implemented by full factorization, partial butterfly, or matrix multiplication, (3) 4×4 and 8×8 transforms are orthogonal, and 16×16 and 32×32 transforms are nearly orthogonal, (4) $N \times N$ transform matrix is reused as the even part of the $2N \times 2N$ transform matrix, (5) no need for correction of different norms of basis vectors during quantization/dequantization. This design was integrated into HM4.0, using both full factorization and partial butterfly. It is reported full factorization for 32×32 transform achieves 6X reduction in the number of multiplications, compared with partial butterfly. The R-D performance was tested under the common test conditions specified in JCTVC-F900. The average BD-rate increases are 0.1% to 0.2% for all intra coding, 0.1% for random access coding, and 0.0% to 0.1% for low delay coding. We suggest putting this design into the core experiment for further investigation.

# 6 Reference

[1] https://hevc.hhi.fraunhofer.de/svn/svn_HEVCSoftware/tags/HM-4.0/

[2] F. Bossen, "Common test conditions and software reference configurations", JCTVC-F900, Jul. 2011.

[3] R. Joshi *et al*., "CE10: Scaled integer transforms supporting recursive factorization structure", JCTVC-G579, Nov. 2011.

[4] E. Alshina *et al*., "CE10: Full Factorization Core Transforms for HEVC", JCTVC-G737, Nov. 2011.

# 7 Patent rights declaration(s)

**InterDigital Communications LLC may have current or pending patent rights relating to the technology described in this contribution and, conditioned on reciprocity, is prepared to grant licenses under reasonable and non-discriminatory terms as necessary for implementation of the resulting ITU-T Recommendation | ISO/IEC International Standard (per box 2 of the ITU-T/ITU-R/ISO/IEC patent statement and licensing declaration form).**



**Fig. 1 Full factorization of 32×32 forward transform, which contains the full factorizations of 16×16, 8×8, and 4×4 forward transforms**



**Fig. 2 Operations in the four blocks in Fig. 1**



**Fig. 3 Operations in the four blocks in Fig. 4**



**Fig. 4 Full factorization of 32×32 inverse transform, which contains the full factorizations of 16×16, 8×8, and 4×4 inverse transforms**

$T_{32} = [$

```
2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048  2048
2912  2821  2779  2723  2685  2460  2340  2145  2015  1690  1510  1205  1036   665   455    91   -91  -455  -665 -1036 -1205 -1510 -1690 -2015 -2145 -2340 -2460 -2685 -2723 -2779 -2821 -2912
2890  2754  2550  2210  1870  1326   850   238  -238  -850 -1326 -1870 -2210 -2550 -2754 -2890 -2890 -2754 -2550 -2210 -1870 -1326  -850  -238   238   850  1326  1870  2210  2550  2754  2890
2821  2639  2107  1505   660   -90 -1040 -1690 -2340 -2730 -2920 -2810 -2429 -1981 -1183  -455   455  1183  1981  2429  2810  2920  2730  2340  1690  1040    90  -660 -1505 -2107 -2639 -2821
2880  2376  1584   576  -576 -1584 -2376 -2880 -2880 -2376 -1584  -576   576  1584  2376  2880  2880  2376  1584   576  -576 -1584 -2376 -2880 -2880 -2376 -1584  -576   576  1584  2376  2880
2821  2093   959  -413 -1765 -2590 -2860 -2535 -1495  -130  1220  2355  2884  2667  1911   728  -728 -1911 -2667 -2884 -2355 -1220   130  1495  2535  2860  2590  1765   413  -959 -2093 -2821
2804  1772   348 -1420 -2540 -2868 -2292  -796   796  2292  2868  2540  1420  -348 -1772 -2804 -2804 -1772  -348  1420  2540  2868  2292   796  -796 -2292 -2868 -2540 -1420   348  1772  2804
2730  1456  -399 -2135 -2935 -2305  -715  1235  2665  2795  1735  -115 -1974 -2828 -2457 -1001  1001  2457  2828  1974   115 -1735 -2795 -2665 -1235   715  2305  2935  2135   399 -1456 -2730
2672  1120 -1120 -2672 -2672 -1120  1120  2672  2672  1120 -1120 -2672 -2672 -1120  1120  2672  2672  1120 -1120 -2672 -2672 -1120  1120  2672  2672  1120 -1120 -2672 -2672 -1120  1120  2672
2548   728 -1757 -2807 -1925   405  2535  2665   975 -1495 -2915 -2085   112  2324  2821  1183 -1183 -2821 -2324  -112  2085  2915  1495  -975 -2665 -2535  -405  1925  2807  1757  -728 -2548
2636   172 -2148 -2740  -980  1932  2892  1244 -1244 -2892 -1932   980  2740  2148  -172 -2636 -2636  -172  2148  2740   980 -1932 -2892 -1244  1244  2892  1932  -980 -2740 -2148   172  2636
2457  -182 -2618 -2289   415  2790  2210  -715 -2795 -1950   950  2855  1708 -1288 -2912 -1456  1456  2912  1288 -1708 -2855  -950  1950  2795   715 -2210 -2790  -415  2289  2618   182 -2457
2376  -576 -2880 -1584  1584  2880   576 -2376 -2376   576  2880  1584 -1584 -2880  -576  2376  2376  -576 -2880 -1584  1584  2880   576 -2376 -2376   576  2880  1584 -1584 -2880  -576  2376
2275  -910 -2870  -721  2490  2200 -1300 -2860  -390  2600  1900 -1460 -2765  -210  2730  1729 -1729 -2730   210  2765  1460 -1900 -2600   390  2860  1300 -2200 -2490   721  2870   910 -2275
2208 -1344 -2736   240  2880   864 -2544 -1872  1872  2544  -864 -2880  -240  2736  1344 -2208 -2208  1344  2736  -240 -2880  -864  2544  1872 -1872 -2544   864  2880   240 -2736 -1344  2208
2093 -1729 -2506  1197  2690  -705 -2925   130  2860   455 -2875  -980  2569  1519 -2366 -1911  1911  2366 -1519 -2569   980  2875  -455 -2860  -130  2925   705 -2690 -1197  2506  1729 -2093
2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048  2048 -2048 -2048  2048
1911 -2366 -1519  2569   980 -2875  -455  2860  -130 -2925   705  2690 -1197 -2506  1729  2093 -2093 -1729  2506  1197 -2690  -705  2925  -130 -2860   455  2875  -980 -2569  1519  2366 -1911
1872 -2544  -864  2880  -240 -2736  1344  2208 -2208 -1344  2736   240 -2880   864  2544 -1872 -1872  2544   864 -2880   240  2736 -1344 -2208  2208  1344 -2736  -240  2880  -864 -2544  1872
1729 -2730  -210  2765 -1460 -1900  2600   390 -2860  1300  2200 -2490  -721  2870  -910 -2275  2275   910 -2870   721  2490 -2200 -1300  2860  -390 -2600  1900  1460 -2765   210  2730 -1729
1584 -2880   576  2376 -2376  -576  2880 -1584 -1584  2880  -576 -2376  2376   576 -2880  1584  1584 -2880   576  2376 -2376  -576  2880 -1584 -1584  2880  -576 -2376  2376   576 -2880  1584
1456 -2912  1288  1708 -2855   950  1950 -2795   715  2210 -2790   415  2289 -2618   182  2457 -2457  -182  2618 -2289  -415  2790 -2210  -715  2795 -1950  -950  2855 -1708 -1288  2912 -1456
1244 -2892  1932   980 -2740  2148   172 -2636  2636  -172 -2148  2740  -980 -1932  2892 -1244 -1244  2892 -1932  -980  2740 -2148  -172  2636 -2636   172  2148 -2740   980  1932 -2892  1244
1183 -2821  2324  -112 -2085  2915 -1495  -975  2665 -2535   405  1925 -2807  1757   728 -2548  2548  -728 -1757  2807 -1925  -405  2535 -2665   975  1495 -2915  2085   112 -2324  2821 -1183
1120 -2672  2672 -1120 -1120  2672 -2672  1120  1120 -2672  2672 -1120 -1120  2672 -2672  1120  1120 -2672  2672 -1120 -1120  2672 -2672  1120  1120 -2672  2672 -1120 -1120  2672 -2672  1120
1001 -2457  2828 -1974   115  1735 -2795  2665 -1235  -715  2305 -2935  2135  -399 -1456  2730 -2730  1456   399 -2135  2935 -2305   715  1235 -2665  2795 -1735  -115  1974 -2828  2457 -1001
 796 -2292  2868 -2540  1420   348 -1772  2804 -2804  1772  -348 -1420  2540 -2868  2292  -796  -796  2292 -2868  2540 -1420  -348  1772 -2804  2804 -1772   348  1420 -2540  2868 -2292   796
 728 -1911  2667 -2884  2355 -1220   130  1495 -2535  2860 -2590  1765  -413  -959  2093 -2821  2821 -2093   959   413 -1765  2590 -2860  2535 -1495  -130  1220 -2355  2884 -2667  1911  -728
 576 -1584  2376 -2880  2880 -2376  1584  -576  -576  1584 -2376  2880 -2880  2376 -1584   576   576 -1584  2376 -2880  2880 -2376  1584  -576  -576  1584 -2376  2880 -2880  2376 -1584   576
 455 -1183  1981 -2429  2810 -2920  2730 -2340  1690 -1040    90   660 -1505  2107 -2639  2821 -2821  2639 -2107  1505  -660   -90  1040 -1690  2340 -2730  2920 -2810  2429 -1981  1183  -455
 238  -850  1326 -1870  2210 -2550  2754 -2890  2890 -2754  2550 -2210  1870 -1326   850  -238  -238   850 -1326  1870 -2210  2550 -2754  2890 -2890  2754 -2550  2210 -1870  1326  -850   238
  91  -455   665 -1036  1205 -1510  1690 -2015  2145 -2340  2460 -2685  2723 -2779  2821 -2912  2912 -2821  2779 -2723  2685 -2460  2340 -2145  2015 -1690  1510 -1205  1036  -665   455   -91
```

]