IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | ) |
|       Plaintiff, | ) |
| v. | ) |
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, INTERDIGITAL CE PATENT HOLDINGS, SAS, VID SCALE, INC., VID SCALE PATENTS, LLC, THOMSON LICENSING SAS, AND TECHNICOLOR SA, | ) C.A. No. 25-996-MN |
|       Defendants. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendants Thomson Licensing SAS and Technicolor SA to move, plead, or otherwise respond to the Complaint (D.I. 1) is extended through and including October 31, 2025.

| | |
|---|---|
| */s/ Rodger D. Smith* | */s/ Karen E. Keller* |
| Rodger D. Smith (No. 3778) | Karen E. Keller (No. 4489) |
| Cameron P. Clark (No. 6647) | Nathan R. Hoeschen (No. 6232) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@morrisnichols.com | (302) 298-0700 |
| cclark@morrisnichols.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiff Disney Enterprises, Inc.* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants Thomson Licensing SAS and Technicolor SA* |

Dated: September 30, 2025

      SO ORDERED this _____ day of _____, 2025.

                                                                                             _____
                                                                              United State District Judge