IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISNEY ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-996-MN |
| | ) | |
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, INTERDIGITAL CE PATENT HOLDINGS, SAS, VID SCALE, INC., VID SCALE PATENTS, LLC, THOMSON LICENSING SAS, and TECHNICOLOR SA, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS THOMSON LICENSING SAS AND**
**TECHNICOLOR SA'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), defendants Thomson Licensing SAS and Technicolor SA (collectively, the "Thomson Defendants") respectfully move this Court to dismiss all claims against them set forth in the Complaint (D.I. 1) with prejudice. The grounds for this motion are set forth in the Thomson Defendants' opening brief, submitted herewith.

WHEREFORE, the Thomson Defendants ask the Court to grant this motion and enter the attached proposed order.

1

|  |  |
|---|---|
| OF COUNSEL:<br>Brett Schuman<br>GOODWIN PROCTER LLP<br>525 Market Street, 32nd Floor<br>San Francisco, CA 94105<br>(415) 733-6000<br><br>David D. Cross<br>Alexandra I. Russell<br>Jacqueline Genovese Bova<br>GOODWIN PROCTER LLP<br>1900 N Street NW<br>Washington, DC  20036<br>(202) 346-4000<br><br>Dated: October 31, 2025 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>Virginia K. Lynch (No. 7423)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>glynch@shawkeller.com<br>*Attorneys for Defendants Thomson Licensing SAS and Technicolor SA* |