IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Disney Enterprises, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, VID SCALE, Inc., VID SCALE Patents, LLC, Thomson Licensing SAS, and Technicolor SA <br><br> *Defendants*. | C.A. No. 1:25-cv-00996-MN |

**DECLARATION OF SHAWNNA M. YASHAR
IN SUPPORT OF DISNEY ENTERPRISES, INC.'S ANSWERING BRIEF IN
OPPOSITION TO DEFENDANT INTERDIGITAL'S MOTION TO DISMISS**

I, Shawnna M. Yashar, declare as follows:

1. I am an attorney at the law firm O'Melveny & Myers LLP. I am counsel to Plaintiff Disney Enterprises, Inc. ("Disney") in the above-captioned action. I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia.

2. I submit this declaration in support of Disney's Answering Brief in Opposition to InterDigital's Motion to Dismiss, or in the Alternative, to Stay (D.I. 25).

3. Attached hereto as **Exhibit A** is a true and correct copy of the Opening Brief in Support of Defendants' Motion to Dismiss and Motion to Strike (D.I. 17) that InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; InterDigital Patent Holdings, Inc.; InterDigital Holdings, Inc.; and IPR Licensing, Inc. submitted in *Microsoft Mobile Inc. v. InterDigital, Inc.*, Case 1:15-cv-00723-RGA (D. Del. Apr. 13,

2016). This filing is available on Westlaw at 2015 WL 7069903.

      4.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 21, 2025 in Washington, D.C.

                                         */s/ Shawnna M. Yashar*

                                         Shawnna M. Yashar

                                         *Counsel for Plaintiff*
                                         *Disney Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |
| Richard A. Kamprath<br>MCKOOL SMITH P.C.<br>300 Crescent Court<br>Suite 1200<br>Dallas, TX 75201<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |
| James Hartmann Smith<br>MCKOOL SMITH P.C.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Joshua Budwin<br>MCKOOL SMITH P.C.<br>303 Colorado Street<br>Suite 2100<br>Austin, TX 78701<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |
| Garrard R. Beeney<br>Nicolas M. Britton<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |
| Andrei Iancu<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |
| Kyle W. Mach<br>SULLIVAN & CROMWELL LLP<br>550 Hamilton Avenue<br>Palo Alto, CA 94301-2010<br>*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | VIA ELECTRONIC MAIL |

Brittany S. Bruns  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue, N.W.  
Suite 700  
Washington, D.C. 20006-5215  
*Attorney for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

VIA ELECTRONIC MAIL

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)