IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Disney Enterprises, Inc.,<br><br>       *Plaintiff,*<br><br>  v.<br><br>InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, VID SCALE, Inc., VID SCALE Patents, LLC, Thomson Licensing SAS, and Technicolor SA<br><br>       *Defendants.* | **REDACTED - PUBLIC VERSION**<br><br>C.A. No. 1:25-cv-00996-MN<br><br> |

### DECLARATION OF BRIAN P. QUINN
### IN SUPPORT OF DISNEY ENTERPRISES, INC.'S
### ANSWERING BRIEF IN OPPOSITION TO THOMSON'S MOTION TO DISMISS
### AND OPPOSED MOTION FOR JURISDICTIONAL DISCOVERY

I, Brian P. Quinn, declare as follows:

  1.  I am an attorney at the law firm O'Melveny & Myers LLP. I am counsel to Plaintiff Disney Enterprises, Inc. ("Disney") in the above-captioned action. I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia.

  2.  I submit this declaration in support of Disney's Answering Brief in Opposition to Defendant Thomson's Motion to Dismiss (D.I. 31) and in support of Disney's Opposed Motion for Jurisdictional Discovery.

  3.  Attached hereto as **Exhibit A** is a true and correct copy of a redacted version of the Master Framework Agreement between and among Technicolor SA, Thomson Licensing SAS, Thomson Licensing DTV SAS, Thomson Research Funding Corporation, Thomson Licensing LLC and InterDigital, Inc., dated March 1, 2018.

**CONFIDENTIAL VERSION FILED - 11/21/25**
**REDACTED VERSION FILED - 12/1/25**

4. Upon my request, counsel for Thomson provided the Master Framework Agreement to me in redacted form by email on November 18, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of a July 31, 2018 InterDigital press release announcing its completed acquisition of Technicolor. I captured this press release on November 21, 2025 from InterDigital's website at https://ir.interdigital.com/news-events/press-releases/news-details/2018/InterDigital-Completes-Acquisition-of-Technicolor-Patent-Licensing-Business/default.aspx

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 21, 2025 in Falls Church, Virginia.

/s/ Brian P. Quinn

Brian P. Quinn

*Counsel for Plaintiff*
*Disney Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller<br>Nathan R. Hoeschen<br>Emily S. DiBenedetto<br>Virginia K. Lynch<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorney for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |
| Brett Schuman<br>GOODWIN PROCTER LLP<br>I.M. Pei Building<br>525 Market Street, 32nd Floor<br>San Francisco, CA 94105<br>*Attorney for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |
| David D. Cross<br>Alexandra I. Russell<br>Jacqueline Genovese Bova<br>GOODWIN PROCTER LLP<br>I.M. Pei Building<br>1900 N Street NW<br>Washington, DC 20036<br>*Attorney for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

# EXHIBIT A

## FULLY REDACTED

# Exhibit B

# INTERDIGITAL COMPLETES ACQUISITION OF TECHNICOLOR PATENT LICENSING BUSINESS

Company Release - 7/31/2018

WILMINGTON, Del., July 31, 2018 (GLOBE NEWSWIRE) -- InterDigital, Inc. (NASDAQ:IDCC), a mobile technology research and development company, today announced that it has completed the acquisition of the patent licensing business of Technicolor (Euronext Paris:TCH) (OTCQX:TCLRY), a worldwide technology leader in the media and entertainment sector.

The final transaction includes the acquisition by InterDigital of approximately 18,000 patents and applications, across a broad range of technologies, including approximately 3,000 worldwide video coding patents and applications. The portfolio will also be supplemented by jointly-funded R&D collaboration, which will bring together the efforts of hundreds of engineers in InterDigital Labs and Technicolor Research and Innovation (R&I). Members of Technicolor's licensing, legal and other support teams in offices in Rennes and Issy-les-Moulineaux, France; Princeton, New Jersey, and other locations join InterDigital's team of more than 300 R&D and other staff in eleven locations around the world.

"During the months that have followed the initial announcement, we've had the opportunity to meet and appreciate the tremendous capabilities of Technicolor's team and gain additional insight into the strength of the portfolio, which strengthens our licensing efforts in the mobile field while opening new markets for InterDigital," said William J. Merritt, President and CEO of InterDigital. "We've also been able to gauge the tremendous capabilities of Technicolor's Research & Innovation team, and the alignment between their research initiatives and our own in the video field."

Under the terms of the agreement, InterDigital paid Technicolor $150 million in cash. There is no revenue sharing associated with InterDigital's licensing of the new portfolio in the mobile industry, but Technicolor receives 42.5% of all future cash receipts (net of estimated operating expenses) from InterDigital's new licensing efforts in the consumer electronics field. As part of this transaction, InterDigital will also grant back to Technicolor a perpetual license for patents acquired in the transaction.

**About InterDigital®**

InterDigital develops mobile technologies that are at the core of devices, networks, and services worldwide. We solve many of the industry's most critical and complex technical challenges, inventing solutions for more efficient broadband networks and a richer multimedia experience years ahead of market deployment. InterDigital has licenses and strategic relationships with many of the world's leading wireless companies. Founded in 1972, InterDigital is listed on NASDAQ and is included in the S&P MidCap 400® index.

InterDigital is a registered trademark of InterDigital, Inc.

For more information, visit: [www.interdigital.com](www.interdigital.com).

InterDigital Contact:
Patrick Van de Wille

Email: [patrick.vandewille@interdigital.com](patrick.vandewille@interdigital.com)
+1 (858) 210-4814

    Source: InterDigital, Inc.