YOUNG CONAWAY

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

December 10, 2025

**BY CM/ECF & HAND DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Disney Enterprises, Inc. v. InterDigital, Inc.*, No. 25-996-MN

Dear Judge Noreika:

We represent ACT | The App Association ("ACT") in the above referenced action. On November 21, 2025, ACT filed a Motion for Leave to Submit *Amicus Curiae* Brief (D.I. 53, the "Motion"), requesting that the Court grant ACT leave to submit an *amicus curiae* brief (*id.*at Ex. 1) in relation to Defendant InterDigital's Motion to Dismiss (D.I. 23). Pursuant to District of Delaware Local Rule 7.1.2(b), any opposition to the Motion was due December 5, 2025. To date, no party has contacted counsel for ACT to request an extension to respond to the Motion. Because no party filed an opposition to the Motion on December 5 and no extension to file an opposition has been requested or granted, ACT respectfully requests the Court grant its Motion allowing ACT to file its *amicus curiae* brief.

Counsel for ACT are available should the Court have any questions.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)