IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 25-996-MN |
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, INTERDIGITAL CE PATENT HOLDINGS, SAS, VID SCALE, INC., VID SCALE PATENTS, LLC, THOMSON LICENSING SAS, and TECHNICOLOR SA, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL**

WHEREAS, Defendants Thomson Licensing SAS and Technicolor SA (collectively, "Thomson"), filed an Opposition to Disney's Motion for Jurisdictional Discovery on December 12, 2025, which made reference to (1) the March 1, 2018 Master Framework Agreement between Technicolor SA, Thomson Licensing SAS, Thomson Licensing DTV SAS, Thomson Research Funding Corporation, Thomson Licensing LLC and InterDigital, Inc., (D.I. 47-1); and (2) the July 30, 2018 License Agreement between InterDigital VC Holdings, Inc., Technicolor SA, Thomson Licensing SAS and Thomson Research Funding Corporation (D.I. 33-1), which have been filed under seal.

WHEREAS, the referenced exhibits are marked confidential and require the parties to the agreement to keep the terms confidential;

WHEREAS, the exhibits are not publicly known;

WHEREAS, the exhibits contain confidential terms of a sensitive nature including the price paid;

WHEREAS, this "material is the kind of information the courts will protect," and "disclosure will work a clearly defined and serious injury to the party seeking" to protect and seal such information. *In re Avandia Mktg., Sales Prac., & Prods. Liab. Litig.*, 942 F.3d 662, 672 (3d. Cir. 2019) (citations omitted).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that good cause exists for the Thomson's Opposition to Disney's Motion for Jurisdictional Discovery to remain under seal. Consistent with the requirements of D. Del. LR 5.1.3 and the Court's CM/ECF Procedures, Thomson will file a public version that redacts only the confidential information within 7 days.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ *Cameron P. Clark* | /s/ *Nathan R. Hoeschen* |
| Rodger D. Smith II (No. 3778) | Karen E. Keller (No. 4489) |
| Cameron P. Clark (No. 6647) 1201 North Market Street | Nathan R. Hoeschen (No. 6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@morrisnichols.com | (302) 298-0700 |
| cclark@morrisnichols.com | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff Disney Enterprises, Inc.* | *Attorneys for Defendants Thomson Licensing SAS and Technicolor SA* |

Dated: December 12, 2025

**IT IS SO ORDERED** this _____ day of December, 2025.

_____
United States District Court Judge

2