IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-996 (MN) |
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, INTERDIGITAL CE PATENT HOLDINGS, SAS, VID SCALE, INC., VID SCALE PATENTS, LLC, THOMSON LICENSING SAS, AND TECHNICOLOR SA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Disney Enterprises, Inc. respectfully requests oral argument on the following motions: (1) Defendants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, Vid Scale, Inc., and Vid Scale Patents, LLC's Motion to Dismiss or in the Alternative, to Stay (D.I. 23); (2) Defendants Thomson Licensing SAS and Technicolor SA's Motion to Dismiss (D.I. 30); and (3) Plaintiff's Motion for Jurisdictional Discovery (D.I. 45). Briefing for the motions was completed on December 19, 2025.

<table>
<tr><td>

OF COUNSEL:

Shawnna Yashar
Brian P. Quinn
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006
(202) 383-5300

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
(415) 984-8700

December 29, 2025

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 29, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard A. Kamprath<br>MCKOOL SMITH P.C.<br>300 Crescent Court<br>Suite 1200<br>Dallas, TX 75201<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| James Hartmann Smith<br>MCKOOL SMITH P.C.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |

Joshua Budwin                                                              *VIA ELECTRONIC MAIL*
MCKOOL SMITH P.C.
303 Colorado Street
Suite 2100
Austin, TX  78701
*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

Garrard R. Beeney                                                          *VIA ELECTRONIC MAIL*
Nicolas M. Britton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

Andrei Iancu                                                               *VIA ELECTRONIC MAIL*
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067-1725
*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

Kyle W. Mach                                                               *VIA ELECTRONIC MAIL*
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA  94301-2010
*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

| | |
|---|---|
| Brittany S. Bruns<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC  20006-5215<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller<br>Nathan R. Hoeschen<br>Emily S. DiBenedetto<br>Virginia K. Lynch<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |
| Brett Schuman<br>GOODWIN PROCTER LLP<br>525 Market Street, 32nd Floor<br>San Francisco, CA 94105<br>*Attorneys for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |
| David D. Cross<br>Alexandra I. Russell<br>Jacqueline Genovese Bova<br>GOODWIN PROCTER LLP<br>1900 N Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants*<br>*Thomson Licensing SAS and Technicolor SA* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)