

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

December 29, 2025

**BY CM/ECF & HAND DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court
 For the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    <u>Disney Enterprises, Inc. v. InterDigital, Inc.</u>, No. 25-996-MN

Dear Judge Noreika:

    We represent ACT | The App Association ("ACT") in the above referenced action and write in response to Defendant InterDigital's purported response to ACT's Motion for Leave to Submit Amicus Brief (D.I. 78), which the Court granted on December 10, 2025.

    As explained in ACT's granted Motion for Leave and its Amicus Brief, ACT is a not-for-profit trade association representing the small business technology innovator community. ACT operates in a manner consistent with countless other not-for-profit associations. ACT maintains an active registration with the European Union Transparency Registry including a membership list and disclosure of all applicable activity with policymakers on behalf of ACT's members. Additionally, ACT maintains updated U.S. lobbying disclosure and political contribution details in accordance with the law. The implication that ACT 'claims' to be something ACT is not because of its sponsorship funding model is factually incorrect. ACT's sponsors have no authority over its policy positions. Many of ACT's sponsors directly benefit from its members' use of their platforms or services, so ACT believes its sponsors have a strong interest in ensuring small businesses' voices are heard in policy discussions.

    Any suggestion that ACT's sponsors do have authority over ACT's policy positions is incorrect, without foundation, and should be ignored.

    In order to support the small business community and technology developers, ACT works with many partners of all sizes, including leading technology companies. The elimination of a costly annual membership fee is a significant benefit to our members who have limited budgets and time. ACT's sponsors allow us to provide startups and small businesses with the confidence and peace of mind that someone is watching their back while they create new technology. ACT's

Young Conaway Stargatt & Taylor, LLP
December 29, 2025
Page 2

sponsors have grown and changed over time, and ACT actively seeks to bring in more sponsorship to expand services to and for its members. ACT is committed to transparency, and current sponsors are listed on its website.

ACT has consistently raised small technology companies' use of standards to develop innovative new technology, and by extension their interest in a fair and predictable standard essential patent ecosystem.

We note that InterDigital's purported response is untimely, and for this reason and the reasons stated above, request the Court disregard InterDigital's attempt at blocking the interests of small businesses from making their voices heard in these proceedings.

Counsel for ACT are available should the Court have any questions.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)