IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-996 (MN) |
| | ) |
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, INTERDIGITAL CE PATENT HOLDINGS, SAS, VID SCALE, INC., VID SCALE PATENTS, LLC, THOMSON LICENSING SAS, AND TECHNICOLOR SA, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DISNEY ENTERPRISES, INC.'S
<u>NOTICE OF SUBSEQUENT DEVELOPMENT</u>**

Plaintiff Disney Enterprises, Inc. ("Disney") submits this Notice of Subsequent Development in connection with Disney's opposition to Defendants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, Vid Scale, Inc., and Vid Scale Patents, LLC (collectively, "InterDigital") Motion To Dismiss or in the Alternative, To Stay (D.I. 23, 41, 76). As explained in Disney's November 21, 2025 opposition, "[a] stay would give InterDigital free rein to file yet another wave of lawsuits, seek more injunctions, and inflict staggering costs on Disney, other streamers, and consumers." D.I. 41 at 3. As expected, InterDigital has commenced such efforts. On December 23, 2025, The Walt Disney Company (Brazil) LTDA was served with process of a new patent infringement action in Brazil that was filed on October 28, 2025. Attached as Exhibit A hereto is a machine-translated version of the Brazilian complaint.

In its Brazilian complaint, Interdigital VC Holdings, Inc. alleges that it "file[d] this lawsuit with the objective of stopping the unauthorized use (infringement) of the invention protected by

its patent BR 112012031160-3 by the Defendant Disney," and that "[t]he Defendant infringes the Plaintiff's patent by encoding and distributing video files that can be decoded by decoders compatible with the H.265/HEVC format using the tool claimed in the patent sub judice." Ex. A at ¶ 1. Interdigital VC Holdings, Inc. requests that the Brazilian court "grant a preliminary injunction to stop the patent infringement." Ex. A at ¶ 66.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
|  | _____ |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
|  | Cameron P. Clark (#6647) |
| Shawnna Yashar | 1201 North Market Street |
| Brian P. Quinn | P.O. Box 1347 |
| O'MELVENY & MYERS LLP | Wilmington, DE  19899 |
| 1625 Eye Street, N.W. | (302) 658-9200 |
| Washington, DC  20006 | rsmith@morrisnichols.com |
| (202) 383-5300 | cclark@morrisnichols.com |
|  |  |
| Michael F. Tubach | *Attorneys for Plaintiff* |
| O'MELVENY & MYERS LLP |  |
| Two Embarcadero Center |  |
| 28th Floor |  |
| San Francisco, CA  94111-3823 |  |
| (415) 984-8700 |  |

December 30, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 30, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard A. Kamprath<br>MCKOOL SMITH P.C.<br>300 Crescent Court<br>Suite 1200<br>Dallas, TX 75201<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| James Hartmann Smith<br>MCKOOL SMITH P.C.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Joshua Budwin<br>MCKOOL SMITH P.C.<br>303 Colorado Street<br>Suite 2100<br>Austin, TX 78701<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Garrard R. Beeney<br>Nicolas M. Britton<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Andrei Iancu<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyle W. Mach<br>SULLIVAN & CROMWELL LLP<br>550 Hamilton Avenue<br>Palo Alto, CA 94301-2010<br>*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.* | *VIA ELECTRONIC MAIL* |

Brittany S. Bruns                                         *VIA ELECTRONIC MAIL*
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215
*Attorneys for Defendants InterDigital CE Patent Holdings, SAS, InterDigital Madison Patent Holdings, SAS, InterDigital VC Holdings, Inc., InterDigital, Inc., VID SCALE Patents, LLC, and VID SCALE, Inc.*

Karen E. Keller                                            *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen
Emily S. DiBenedetto
Virginia K. Lynch
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

Brett Schuman                                           *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
525 Market Street, 32nd Floor
San Francisco, CA 94105
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

David D. Cross                                           *VIA ELECTRONIC MAIL*
Alexandra I. Russell
Jacqueline Genovese Bova
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

                                                                     */s/ Rodger D. Smith II*

                                                                     Rodger D. Smith II (#3778)