IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISNEY ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-996 (MN) |
| | ) | |
| INTERDIGITAL, INC., INTERDIGITAL VC | ) | |
| HOLDINGS, INC., INTERDIGITAL MADISON | ) | |
| PATENT HOLDINGS, SAS, INTERDIGITAL | ) | |
| CE PATENT HOLDINGS, SAS, VID SCALE, | ) | |
| INC., VID SCALE PATENTS, LLC, THOMSON | ) | |
| LICENSING SAS, AND TECHNICOLOR SA, | ) | |
| | ) | |
| Defendants. | ) | |

**DISNEY ENTERPRISES, INC.'S
NOTICE OF SUBSEQUENT DEVELOPMENT**

Plaintiff Disney Enterprises, Inc. ("Disney") respectfully submits this Notice of Subsequent Development in connection with Disney's opposition to Defendants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, Vid Scale, Inc., and Vid Scale Patents, LLC (collectively, "InterDigital") Motion To Dismiss or in the Alternative, To Stay (D.I. 23, 41, 76). In its Opening Brief in support of its Motion To Dismiss or in the Alternative, To Stay, InterDigital asked the Court to stay this action pending the resolution of a patent case pending in the Central District of California ("California action"). D.I. 24 at 16. InterDigital asserted that a stay of this action pending the resolution of the California action would likely streamline the issues. *Id.* It also indicated that "any stay in this action should be relatively short and will not unduly prejudice or tactically disadvantage Disney." *Id.* at 18 (asserting that fact discovery in the California action would conclude in April 2026 and the case would be tried by September 2026).

On June 10, 2026, the court in the California action issued an order staying that case. Ex. A at 13. The California court noted that its April 8, 2026 claim construction order held indefinite the disputed claim terms of two of the five asserted patents (the '610 and '297 patents) and a subset of the disputed claim terms of a third patent (the '301 patent). *Id.* at 1-2.[1] The court also explained that the U.S. Patent and Trademark Office had granted separate requests for *ex parte* reexamination of all of the asserted claims for a fourth asserted patent (the '818 patent) and the remaining disputed claims for the '301 patent. *Id.* at 2. Finally, the court referenced a declaratory judgment action filed by Dolby Laboratories, Inc. and related entities against InterDigital. *Id.* at 3. The Dolby entities seek a declaration of noninfringement and invalidity of the fifth and final patent (the '268 patent). *Id.* The court also noted that fact discovery remained ongoing with multiple key depositions still to take place, while expert discovery had yet to begin. *Id.* at 11. These facts supported staying the California action pending the outcome of the Dolby litigation and the *ex parte* reexaminations. Given that its order "effectively stay[ed] the entire case," the California court vacated "[a]ll other pending hearings, deadlines, and dates." *Id.* at 13-14.

Assuming that the California action remains stayed and the indefiniteness determination remains intact following any appeals,[2] Disney submits that there is no longer any basis for InterDigital's argument that a stay in this action would be relatively short and would not

---

[1] On April 22, 2026, InterDigital filed a motion for reconsideration of the April 8, 2026 claim-construction order. In response, the California court issued a tentative decision on June 25, 2026 amending its original claim-construction order, but not in a manner that favors InterDigital. Ex. B. While the parties are still awaiting a final order from the court on the motion for reconsideration, which if it materially differs from the tentative order could affect the California court's justification for the stay, in the interest of keeping this Court timely abreast of relevant subsequent developments in the California action, Disney is notifying this Court of the stay.

[2] InterDigital informed Defendnats in the California action on July 7, 2026, that it intends to move to sever the '297 and '610 patents from the California action and have final judgment entered under Fed. R. Civ. P. 54(b), so that it may appeal the invalidity findings.

prejudice Disney.  D.I. 24 at 18.  The California action is now stayed, likely for over a year.  If and when the California action resumes, the parties will have to complete fact and expert discovery and identify a new trial date.  For all the reasons Disney identified in its opposition to InterDigital's motion for a stay, D.I. 41 at 17-20, and particularly now that a stay in this action could drag on for years, InterDigital's motion should be denied.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Shawnna Yashar
Brian P. Quinn
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006
(202) 383-5300

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111
(415) 984-8700

July 16, 2026

Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 16, 2026, upon the following in the manner indicated:

Brian E. Farnan                                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants InterDigital CE Patent*
*Holdings, SAS, InterDigital Madison Patent*
*Holdings, SAS, InterDigital VC Holdings, Inc.,*
*InterDigital, Inc., VID SCALE Patents, LLC, and*
*VID SCALE, Inc.*

Richard A. Kamprath                                            *VIA ELECTRONIC MAIL*
MCKOOL SMITH P.C.
300 Crescent Court
Suite 1200
Dallas, TX  75201
*Attorneys for Defendants InterDigital CE Patent*
*Holdings, SAS, InterDigital Madison Patent*
*Holdings, SAS, InterDigital VC Holdings, Inc.,*
*InterDigital, Inc., VID SCALE Patents, LLC, and*
*VID SCALE, Inc.*

James Hartmann Smith                                          *VIA ELECTRONIC MAIL*
MCKOOL SMITH P.C.
1301 Avenue of the Americas
32nd Floor
New York, NY  10019
*Attorneys for Defendants InterDigital CE Patent*
*Holdings, SAS, InterDigital Madison Patent*
*Holdings, SAS, InterDigital VC Holdings, Inc.,*
*InterDigital, Inc., VID SCALE Patents, LLC, and*
*VID SCALE, Inc.*

Joshua Budwin
MCKOOL SMITH P.C.
303 Colorado Street
Suite 2100
Austin, TX 78701
*Attorneys for Defendants InterDigital CE Patent
Holdings, SAS, InterDigital Madison Patent
Holdings, SAS, InterDigital VC Holdings, Inc.,
InterDigital, Inc., VID SCALE Patents, LLC, and
VID SCALE, Inc.*

*VIA ELECTRONIC MAIL*

Garrard R. Beeney
Nicolas M. Britton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
*Attorneys for Defendants InterDigital CE Patent
Holdings, SAS, InterDigital Madison Patent
Holdings, SAS, InterDigital VC Holdings, Inc.,
InterDigital, Inc., VID SCALE Patents, LLC, and
VID SCALE, Inc.*

*VIA ELECTRONIC MAIL*

Andrei Iancu
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067-1725
*Attorneys for Defendants InterDigital CE Patent
Holdings, SAS, InterDigital Madison Patent
Holdings, SAS, InterDigital VC Holdings, Inc.,
InterDigital, Inc., VID SCALE Patents, LLC, and
VID SCALE, Inc.*

*VIA ELECTRONIC MAIL*

Kyle W. Mach
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301-2010
*Attorneys for Defendants InterDigital CE Patent
Holdings, SAS, InterDigital Madison Patent
Holdings, SAS, InterDigital VC Holdings, Inc.,
InterDigital, Inc., VID SCALE Patents, LLC, and
VID SCALE, Inc.*

*VIA ELECTRONIC MAIL*

Karen E. Keller
Nathan R. Hoeschen
Emily S. DiBenedetto
Virginia K. Lynch
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

*VIA ELECTRONIC MAIL*

Brett Schuman
GOODWIN PROCTER LLP
525 Market Street, 32nd Floor
San Francisco, CA  94105
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

*VIA ELECTRONIC MAIL*

David D. Cross
Alexandra I. Russell
Jacqueline Genovese Bova
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC  20036
*Attorneys for Defendants*
*Thomson Licensing SAS and Technicolor SA*

*VIA ELECTRONIC MAIL*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

3