**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DISNEY ENTERPRISES, INC.,

        *Plaintiff,*

      v.

INTERDIGITAL, INC., INTERDIGITAL VC
HOLDINGS, INC., INTERDIGITAL
MADISON PATENT HOLDINGS, SAS,
INTERDIGITAL CE PATENT HOLDINGS,
SAS, VID SCALE, INC., VID SCALE
PATENTS, LLC, THOMSON LICENSING
SAS, AND TECHNICOLOR SA,

        *Defendants*.

C.A. No. 25-cv-996-MN

## INTERDIGITAL'S RESPONSE TO DISNEY ENTERPRISES, INC.'S NOTICE OF SUBSEQUENT DEVELOPMENT

Plaintiff Disney Enterprises, Inc.'s ("Disney") Notice of Subsequent Development is inappropriate under this Court's Local Rules and should not be considered. While a motion is pending, Civil Local Rule 7.1.2(b) permits only "the citation of subsequent authorities." "[N]o additional papers shall be filed absent Court approval." *Id.* Disney's filing is not a notice of subsequent authority under Local Rule 7.1.2(b) but, rather, a sur-reply masquerading as a notice of subsequent "development"—a filing not contemplated by the local rules. But even construed generously as a notice of subsequent authority, Disney's filing "go[es] well beyond citing supplemental authority, and instead includes extensive argument akin to what would be found in a brief." *Forest Lab'ys, Inc.* v. *Amneal Pharms. LLC*, No. CV 14-508-LPS, 2015 WL 880599, at *1 n.1 (D. Del. Feb. 26, 2015), *report and recommendation adopted,* No. CV 14-508-LPS, 2015 WL 1467321 (D. Del. Mar. 30, 2015) (declining to consider filings that violated Rule 7.1.2(b)).

In the event that the Court considers Disney's filing, InterDigital offers the following response. A stay remains warranted on the merits. *First*, InterDigital's stay motion relied on more

-1-

than the pendency of InterDigital's California case against Disney.  It also relied on InterDigital's cases against Disney in Brazil, Germany, and the Unified Patent Court—cases that remain pending.  (D.I. 24 at 1, 16-18.)  The temporary stay of one of these actions does not undermine the reasons for staying this action while the others move forward.  *Second*, the California court's reasoning applies with equal force here.  The California court stayed *InterDigital* v. *Disney* because, among other reasons, Dolby filed a declaratory judgment action styled as *Dolby* v. *InterDigital,*[1] Dolby asserted entitlement to the "customer suit exception" on behalf of Disney, and Disney agreed to be bound by the outcome of Dolby's declaratory judgment case, where Dolby seeks a declaration of invalidity on one of the patents at issue against Disney.  (*Id.* At 5-9.)  Further, Disney asserted that pending *ex parte* reexaminations will clarify the scope of two other patents at issue.  (*Id.* At 11-13.)  The same considerations favor a stay here: a stay will simplify the issues in this case and will promote judicial economy by avoiding duplicative litigation.[2]

Dated:  July 20, 2025

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

---

[1] *Dolby Laboratories, Inc. et al v. Interdigital, Inc.*, No. 2:26-cv-02269-WLH-BFM (C.D. Cal. Mar. 3, 2026), D.I. 1.

[2] To the extent that Disney claims prejudice based on the potential length of the stay of the California case, that prejudice is of Disney's own making, as it was Disney that sought the stay in California.  (D.I. 90-1 at 3.)

SULLIVAN & CROMWELL LLP
Garrard R. Beeney (*pro hac vice*)
Nicolas M. Britton (*pro hac vice*)
125 Broad Street
New York, NY 10004
(212) 558-4000
beeneyg@sullcrom.com
brittonn@sullcrom.com

Andrei Iancu (*pro hac vice*)
1700 New York Avenue, N.W. Ste 700
Washington, D.C. 20006
(202) 956-7500
iancua@sullcrom.com

Kyle W. Mach (*pro hac vice*)
550 Hamilton Avenue
Palo Alto, CA 94301
(650) 461-5600
machk@sullcrom.com

MCKOOL SMITH P.C.
Richard A. Kamprath (*pro hac vice*)
300 Crescent Court, Suite 1200
Dallas, Texas 75201
(214) 978-4000
rkamprath@mckoolsmith.com

Joshua W. Budwin (*pro hac vice*)
303 Colorado Street, Suite 2100
Austin, Texas 78701
(512) 692-8700
jbudwin@mckoolsmith.com

James Hartmann Smith (*pro hac vice*)
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 402-9400
jsmith@mckoolsmith.com

*Attorneys for Plaintiff*

-3-