**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DISNEY ENTERPRISES, INC.,** | |
| **Plaintiff,** | **Civil Action No. 25-cv-996-MN** |
| **vs.** | |
| **INTERDIGITAL, INC., et al.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS**

PLEASE TAKE NOTICE that Richard Kamprath and Joshua Budwin, counsel of record for Defendants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS, VID SCALE, Inc., and VID SCALE Patents, LLC in the above-captioned matter, respectfully notify the Court and all counsel of record that they have joined the law firm of Budwin Kamprath Burgess Campbell, PLLC. All future correspondence, filings and notices should be sent to:

Richard Kamprath
Budwin Kamprath Burgess Campbell PLLC
6355 Vanderbilt Ave.
Dallas, Texas 75214
(817) 398-5704
rkamprath@bkbclaw.com

Joshua W. Budwin
Budwin Kamprath Burgess Campbell PLLC
5517 Laceback Terrace
Austin, Texas 78783
(267) 251-2874
jbudwin@bkbclaw.com

Dated: September 29, 2026

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Garrard R. Beeney (admitted *pro hac vice*)
Nicolas M. Britton (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
beeneyg@sullcrom.com
brittonn@sullcrom.com

Andrei Iancu (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Ste 700
Washington, D.C. 20006
(202) 956-7500
iancua@sullcrom.com

Kyle W. Mach (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
(650) 461-5600
machk@sullcrom.com

Richard Kamprath (admitted *pro hac vice*)
BUDWIN KAMPRATH BURGESS
CAMPBELL, PLLC
6355 Vanderbilt Ave.
Dallas, Texas 75214
Telephone: (817) 398-5704
rkamprath@bkbclaw.com

Joshua W. Budwin (admitted *pro hac vice*)

BUDWIN KAMPRATH BURGESS
CAMPBELL, PLLC
5517 Laceback Terrace
Austin, Texas 78783
Telephone: (267) 251-2874
jbudwin@bkbclaw.com

James Hartmann Smith (admitted *pro hac vice*)
MCKOOL SMITH P.C.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 402-9400
jsmith@mckoolsmith.com

*Attorneys for Defendants*